Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative classes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Whittington, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>Camelback Administrative Group, Inc.,<br><br>*Defendant.* | Case No. 2:26-cv-03394-PHX-ROS |

**PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT**

Plaintiff Jason Whittington provides notice of filing his amended complaint (ECF No. 28), and attaches hereto a redline version of the amended complaint.

DATED this 1st day of June, 2026.

Respectfully submitted,

*/s/ Rachel E. Kaufman*

Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133

Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Classes*